**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHAWNDRA FAISON,

    Plaintiff,

v.   CASE NO.   8:19-cv-00232-JSM-AAS

EEG, INC. d/b/a EMPIRE BEAUTY SCHOOL,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Shawndra Faison, and the Defendant, EEG, Inc. d/b/a Empire Beauty School, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Karl E. Pearson, Esq.* |
| Amanda J. Allen, Esquire | Karl E. Pearson, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 438669 |
| Amanda@TheConsumerProtectionFirm.com | kpearson@pdmplaw.com |
| William Peerce Howard, Esq. | Pearson Doyle Mohre & Pastis LLP |
| Florida Bar No. 0103330 | 485 North Keller Road, Suite 401 |
| Billy@TheConsumerProtectionFirm.com | Maitland, FL 32751 |
| The Consumer Protection Firm, PLLC | Tele: (407) 636-3897 |
| 4030 Henderson Blvd. | |
| Tampa, FL 33629 | |
| Tele: (813) 500-1500 | William S. Gyves *(pro hac vice)* |
| Fax: (813) 435-2369 | Kelley Drye & Warren LLP |
| | 101 Park Avenue |
| **Attorneys for Plaintiff** | New York, NY 10178 |
| | Tele: (212) 808-7800 |
| | Fax: (212) 808-7897 |
| | wgyves@kelleydrye.com |

>Lauri A. Mazzuchetti *(pro hac vice)*
>Glenn T. Graham *(pro hac vice)*
>Kelley Drye & Warren LLP
>One Jefferson Road
>Parsippany, NJ 07054
>Tele: (973) 503-5900
>Fax: (973) 503-5950
>lmazzuchetti@kelleydrye.com
>ggraham@kelleydrye.com
>
>***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I certify that on May 6, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

>*s/Amanda J. Allen, Esq.*
>**Amanda J. Allen, Esquire**
>Florida Bar No. 98228
>Amanda@TheConsumerProtectionFirm.com
>Shenia@TheConsumerProtectionFirm.com
>THE CONSUMER PROTECTION FIRM, PLLC
>4030 Henderson Blvd.
>Tampa, FL 33629
>Tele:  (813) 500-1500
>Fax:  (813) 435-2369
>***Attorney for Plaintiff***